## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 631 MAL 2017

         Respondent    :

                       :    Petition for Allowance of Appeal from
                       :    the Order of the Superior Court

         v.    :

RICARDO PEREZ-TOLEDO,    :

         Petitioner    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 27th day of February, 2018, the Petition for Allowance of Appeal is **DENIED**.